TAD A. DEVLIN (SBN 190355)
TAMAR KARAGUEZIAN (SBN 216233)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
QUEST DIAGNOSTIC BENEFIT PLAN and
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WELLS,<br><br>    Plaintiff,<br><br>vs.<br><br>QUEST DIAGNOSTIC BENEFIT PLAN,<br><br>    Defendant.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Real Party in Interest. | CASE NO. C08-04155 SC<br><br>**STIPULATION EXTENDING THE TIME OF DEFENDANTS TO RESPOND TO COMPLAINT**<br>(Local Rule 6-1) |

TO THE COURT:

    The parties hereto, Plaintiff Shannon Wells, and Defendants, Quest Diagnostic Benefit Plan and Aetna Life Insurance Company, by and through their respective counsel of record, stipulate as follows:

    WHEREAS Defendants' response to Plaintiff's Complaint is due to be filed on or before September 26, 2008;

    WHEREAS Plaintiff's counsel has agreed to allow Defendants additional time to respond to the Complaint, the parties stipulate that Defendants shall file and serve their responsive

-1-

STIPULATION EXTENDING TIME OF DEFENDANTS
TO RESPOND TO COMPLAINT

Case No. C08-04155 SC

1  pleading to Plaintiff's Complaint on or before October 17, 2008. The change of date will not
2  alter the date of any event or any deadline already fixed by Court order.
3      IT IS SO STIPULATED.
4  DATED: September 25th, 2008

GORDON & REES LLP

By: _/s/ Tad A. Devlin_
Tad A. Devlin
Tamar Karaguezian
Attorneys for Defendants
QUEST DIAGNOSTIC BENEFIT PLAN and
AETNA LIFE INSURANCE COMPANY

DATED: September 25, 2008

LAW OFFICES OF LAURENCE F. PADWAY

By: _/s/ Laurence F. Padway_
Laurence F. Padway
Attorneys for Plaintiff
SHANNON WELLS

**IT IS SO ORDERED**
_/s/ Samuel Conti_
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-
STIPULATION EXTENDING TIME OF DEFENDANTS
TO RESPOND TO COMPLAINT

Case No. C08-04155 SC