1
2
3
4
5
6
7
8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11   SHANNON WELLS,                    )    CASE NO. C08-04155 SC
                                        )
12                   Plaintiff,         )
                                        )
13           vs.                        )    [PROPOSED] ORDER
                                        )
14   QUEST DIAGNOSTIC BENEFIT PLAN,     )
                                        )
15                   Defendant.         )
                                        )
16   ─────────────────────────────     )
     AETNA LIFE INSURANCE COMPANY,      )
17                                      )
                     Real Party in Interest. )
18   ─────────────────────────────     )

19                          ORDER

20           Based upon the stipulation of the parties, and good cause appearing,

21   IT IS HEREBY ORDERED that Defendants Quest Diagnostic Benefit Plan and

22   Aetna Life Insurance Company shall have an extension of time to respond to

23   Plaintiff's Complaint and shall have up to and including October 31, 2008, to file

24   its response.

25

26           Dated:  October  20 , 2008

27                                          JUDGE OF ... COURT

28
                                    -1-

STIPULATION EXTENDING TIME OF DEFENDANTS
TO RESPOND TO COMPLAINT                     Case No. C08-04155 SC

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

IT IS SO ORDERED
Judge Samuel Conti