RONALD K. ALBERTS (SBN 100017)
TAD A. DEVLIN (SBN 190355)
TAMAR KARAGUEZIAN (SBN 216233)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
QUEST DIAGNOSTIC BENEFIT PLAN and
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WELLS, | CASE NO. C08-04155 SC |
| Plaintiff, | STIPULATION RE DISMISSAL OF ACTION |
| vs. | |
| QUEST DIAGNOSTIC BENEFIT PLAN, | |
| Defendant. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Real Party in Interest. | |

TO THE COURT:

The parties hereto, Plaintiff Shannon Wells, and Defendants, Quest Diagnostic Benefit Plan and Aetna Life Insurance Company, by and through their respective counsel of record, stipulate as follows:

Whereas, Aetna Life Insurance Company has determined that Shannon K. Wells is disabled and eligible to receive monthly benefits effective September 17, 2007 and continuing through the present time, the parties stipulate as follows:

-1-
STIPULATION RE DISMISSAL                         Case No. C08-04155 SC

1. Ms. Wells, through her counsel, shall negotiate directly with Quest Diagnostics for employer paid restoration of family medical benefits and life insurance, and for reimbursement of sums which she has paid to maintain medical and life insurance benefits since September 17, 2007;

2. Aetna Life Insurance Company will permit, on application of the employer, the restoration of family medical benefits, through the Plan in issue; and,

3. All other issues having been resolved, the parties agree that this case shall be dismissed with prejudice, provided that the Court will retain jurisdiction to reopen the case to enforce the provisions of paragraph 2.

IT IS SO STIPULATED.

DATED: November 3, 2008        GORDON & REES LLP


                               By_____S/_____
                                  Ronald K. Alberts
                                  Tad A. Devlin
                                  Tamar Karaguezian
                                  Attorneys for Defendants
                                  QUEST DIAGNOSTIC BENEFIT PLAN
                                  and
                                  AETNA LIFE INSURANCE COMPANY

DATED: November 3, 2008        LAW OFFICES OF
                               LAURENCE F. PADWAY


                               By_____S/_____
                                  Laurence F. Padway
                                  Attorneys for Plaintiff
                                  SHANNON WELLS

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WELLS, | CASE NO. C08-04155 SC |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER |
| QUEST DIAGNOSTIC BENEFIT PLAN, | |
| Defendant. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Real Party in Interest. | |

**ORDER**

IT IS HEREBY ORDERED that the entire action is dismissed, with prejudice, pursuant to the stipulation of counsel dated October 31, 2008.

Dated:  11/3  , 2008

JUDGE OF *[signature: Samuel Conti]* ICT COURT

*IT IS SO ORDERED*
*Judge Samuel Conti*

AETNA/1053481/6091232v.1

-1-

[Proposed] Order re Dismissal                              Case No. C08-04155 SC